08 MAY 23 PM 3:11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1727 BTM |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |
| YOMAYRA PATRICIA PANUELAS, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about May 13, 2008, within the Southern District of California, defendant YOMAYRA PATRICIA PANUELAS did knowingly and intentionally import 5 kilograms and more, to wit: approximately 26.56 kilograms (58.43 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CEM:em:Imperial
5/22/08

<u>Count 2</u>

On or about May 13, 2008, within the Southern District of California, defendant YOMAYRA PATRICIA PANUELAS did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 26.56 kilograms (58.43 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 28, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By _____
CALEB E. MASON
Assistant U.S. Attorney