**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
California State Bar No. 254945
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail:Leila_Morgan@fd.org

Attorneys for Ms. Penuelas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1727-BTM |
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION TO CONTINUE |
| | ) | MOTION HEARING |
| YOMAYRA PATRICIA PENUELAS, | ) | |
| Defendant. | ) | |

Yomarya Patricia Penuelas, by and through her attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Ms. Penuelas, jointly moves with Assistant United States Attorney John Kraemer, that the motion hearing currently set for August 1, 2008 at 1:30 p.m. be continued to August 8, 2008 at 2:00 p.m. The defendant is in custody. The parties also agree that time should be excluded under the speedy trial act.

Respectfully submitted,

Dated: July 28, 2008         /s/ Leila W. Morgan
                             **LEILA W. MORGAN.**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Ms. Penuelas

Dated: July 28, 2008         /s/ John Kraemer
                             **JOHN KRAEMER**
                             Assistant United States Attorney

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**John Kraemer**
U S Attorneys Office Southern District of California
Email: John.Kraemer@usdoj.gov

Dated: July 28, 2008                              */s/ Leila W. Morgan*
                                                  **LEILA W. MORGAN**
                                                  Federal Defenders of San Diego, Inc.
                                                  Attorney for Ms. Penuelas