UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1727-BTM |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| YOMAYRA PATRICIA PENUELAS, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the joint motion requesting the continuance of the motion hearing currently set for August 1, 2008 at 1:30 p.m. until August 8, 2008, at 2:00 p.m., be **GRANTED.**

**SO ORDERED.**

DATED: July 29, 2008

_/s/ Barry Ted Moskowitz_
Honorable Barry Ted Moskowitz
United States District Judge